```
          IN THE UNITED STATES COURT OF APPEALS
               FOR THE FIFTH CIRCUIT
```

                      _____

                        No. 02-10682
                      Summary Calendar
                      _____

OTIS RUDD,

                    Plaintiff-Appellant,

versus

HARPER OTTOWAY; RICHARD WILLIAMS, Officer; SALVADOR TERUEL;
BRUCE ZOTZ; ERIC MORGAN; BILLY HAMPTON; JAMES HUMPHREY; JOE
SNEED; SHANE SIMPKINS; TOM REED; LEELAND PACE; JOE BITER;
CAROLYN BOLDS; BRIAN MCKELLIPS; LISA JAMES; PAUL TAYLOR,

                    Defendants-Appellees.
_____

OTIS RUDD,

                    Plaintiff-Appellant,

versus

SALVADOR TERUEL,

                    Defendant-Appellee.
_____

OTIS RUDD,

                    Plaintiff-Appellant,

versus

BRUCE ZOTZ; ERIC MORGAN; BILLY HAMPTON,

                    Defendants-Appellees.
_____

OTIS RUDD,

                Plaintiff-Appellant,

versus

JAMES HUMPHREY, Officer,

                Defendant-Appellee.

_____

OTIS RUDD,

                Plaintiff-Appellant,

versus

JOE SNEED; SHANE SIMPKINS; TOM REED,

                Defendants-Appellees.

_____

OTIS RUDD,

                Plaintiff-Appellant,

versus

PAUL TAYLOR, Sergeant; LISA JAMES, Lieutenant;
BRIAN MCKELLIPS, Sergeant; RICHARD WILLIAMS,

                Defendants-Appellees.

_____

OTIS RUDD,

                Plaintiff-Appellant.

versus

LEELAND PACE; JOE BITER,

                Defendants-Appellees.

_____

OTIS RUDD,

                    Plaintiff-Appellant,

versus

CAROLYN BOLDS,

                    Defendant-Appellee.

_____

OTIS RUDD,

                    Plaintiff-Appellant,

versus

RICHARD WILLIAMS,

                    Defendant-Appellee.


                    --------------------
          Appeal from the United States District Court
                 for the Northern District of Texas
                    USDC Nos. 7:02-CV-53-R
                            7:01-CV-234-R
                            7:01-CV-208-R
                            7:01-CV-207-R
                            7:01-CV-185-R
                            7:01-CV-179-R
                            7:01-CV-160-R
                            7:01-CV-159-R
                            7:01-CV-126-R
                    --------------------
                       October 1, 2002

Before JOLLY, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:*

     Otis Rudd, Texas inmate # 505837, appeals the district

court's denial of his motion for a preliminary injunction in

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

which he sought transfer to another prison unit.  Rudd requests leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> (IFP) on appeal, asserting that he is in imminent danger of serious physical injury.  Rudd does not challenge the district court's finding that he has three strikes against him for purposes of 28 U.S.C. § 1915(g).

Rudd's allegations do not establish that he is under imminent danger of serious physical injury.  <u>See</u> <u>Baños v. O'Guin</u>, 144 F.3d 883, 884 (5th Cir. 1998).  Accordingly, Rudd's motion for leave to proceed IFP is DENIED.

Rudd's appeal is DISMISSED.  Should Rudd wish to reinstate his appeal, he has 15 days from the date of this opinion to pay the full appellate filing fee of $105 to the clerk of the district court.

MOTION DENIED; APPEAL DISMISSED.